No. 03–1375. RYBICKI ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–1389. JUDICIAL WATCH, INC. v. INTERNAL REVENUE SERVICE. C. A. 4th Cir. Certiorari denied.

No. 03–1414. HAMILTON v. COLLETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1418. HARRIS ET AL. v. FEDERAL AVIATION ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1420. GRIFFIN ET AL. v. INDIANA DEPARTMENT OF LOCAL GOVERNMENT FINANCE. Tax. Ct. Ind. Certiorari denied.

No. 03–1424. AL-MARRI v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–1425. BARMES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–1428. CITY OF AUSTIN, TEXAS, ET AL. v. BROWNLEE, ACTING SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1433. RANN v. CHAO, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 03–1439. SOUSA, AS EXECUTOR OF THE WILL OF SOUSA, DECEASED, ET AL. v. UNILAB CORPORATION CLASS II (NON-EXEMPT) MEMBERS GROUP BENEFIT PLAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1440. KALAMA SERVICES, INC., ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1448. TURNER v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.